## SHIVERS *v.* THE STATE.

FISH, P. J. 1. For one charged, under an accusation in the county court, with a misdemeanor to avail himself of the right to demand an indictment, he must make such demand in "a writing signed by him." Penal Code, § 751. An oral demand made by his counsel is not sufficient.

2. It is not essential that such accusation charge the commission of the crime on the same day as that alleged in the warrant upon which the accusation is based.

3. The evidence warranted the verdict, and the certiorari was properly overruled.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued June 19, — Decided August 1, 1905.

Certiorari. Before Judge Spence. Worth superior court. April 24, 1905.

*Perry & Tipton*, for plaintiff in error.

*W. E. Wooten, solicitor-general*, and *Payton & Hay*, contra.

---

## HARRIS *v.* THE STATE.

COBB, J. The only special assignment of error in the motion for a new trial being upon the admission of evidence, and it not appearing from the motion what objection was made thereto at the time the same was offered, the assignment of error can not be considered. The evidence warranted the verdict, and there was no abuse of discretion in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted June 20 — Decided August 1, 1905.

Indictment for profane language in presence of female. Before Judge Burch. City court of Dublin. April 24, 1905.

*Howard & Baker*, for plaintiff in error.

*G. H. Williams, solicitor*, contra.